■ In the Matter of the Claim of LOWELL W. JENKS, Respondent, v AIRCO SPEER CARBON GRAPHITE et al., Appellants. WORKERS' COMPENSATION BOARD, Respondent.—Appeals from decisions of the Workers' Compensation Board, filed April 8, 1977 and November 15, 1977, which awarded compensation benefits to the claimant upon a finding of occupational disease. The board found: "based on the credible medical evidence and testimony, that the claimant's exposure over a period of many years to harmful dusts was a significant factor in causing claimant's chronic obstructive pulmonary disease and bronchitis." There is substantial evidence to sustain the determination of the board. Decisions affirmed, with costs to the Workers' Compensation Board against the employer and its insurance carrier. Greenblott, J. P., Main, Larkin, Mikoll and Herlihy, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS BRANNAKA, Petitioner, v EDWARD HAMMACK, as Commissioner of New York State Board of Parole et al., Respondents.—Application, pursuant to CPLR 7002 (subd [b], par 2), for writ of habeas corpus denied on the ground that there is nothing in the petition to indicate that petitioner's waiver of counsel at the final revocation hearing was not knowingly made (*People ex rel. Lawrence v Smith,* 50 AD2d 1073, mot for lv to app den 38 NY2d 710; *People ex rel. Coleman v Smith,* 56 AD2d 734). In addition, petitioner's papers are defective for failure of compliance with CPLR 7002 (subd [c], par 1). Greenblott, J. P., Main, Larkin, Mikoll and Herlihy, JJ., concur.